■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JEREMY HEISLER, Appellant. [8 NYS3d 577]—Appeal by the defendant, as limited by his brief, from a sentence of the County

Court, Dutchess County (Greller, J.), imposed May 7, 2014, upon his conviction of burglary in the second degree (two counts), upon his plea of guilty, the sentence being concurrent determinate terms of imprisonment of seven years and a five-year period of postrelease supervision.

Ordered that the sentence is modified, as a matter of discretion in the interest of justice, by reducing the determinate terms of imprisonment from seven years to five years; as so modified, the sentence is affirmed.

The sentence imposed was excessive to the extent indicated. Chambers, J.P., Dickerson, LaSalle and Barros, JJ., concur.